IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:18-CR-00061-D

| UNITED STATES OF AMERICA | : |
| --- | --- |
| | : |
| v. | : |
| | : |
| JAMAL YOUSEF AQEL | : |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 13, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 2323(b), based upon the defendant's plea of guilty to offenses in violation of 18 U.S.C. §§ 2320 and 2320(a)(4), and further evidence of record and as presented by the Government, the following property was forfeited to the United States, to wit:

- $4,700.00 that the defendant agreed represents proceeds that he personally obtained directly or indirectly as a result of the said offenses, and further stipulated that he had by his own acts of omissions made these proceeds unavailable and that one or more of the conditions to forfeit substitute assets exists as set forth in 21 U.S.C. § 853(p); and

- $2,000.00 in U.S. Currency.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between April 13, 2021 and May 12, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60)

1

days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's July 15, 2019 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the July 15, 2019 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Marshal's Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this __22__ day of __July__, 2021.

JAMES C. DEVER III
United States District Judge